**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1115**

ANTHONY G. BRYANT,

       Plaintiff - Appellant,

   v.

FEDERAL COMMUNICATIONS COMMISSION; IRS; UNITED STATES
ATTORNEY GENERAL; SOUTH CAROLINA ATTORNEY GENERAL,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Charleston.  Margaret B. Seymour, Senior District Judge.  (2:20-cv-03819-MBS-MGB)

Submitted:  April 27, 2021                    Decided:  May 3, 2021

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Anthony G. Bryant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant seeks to appeal a civil action currently pending in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Bryant does not seek to appeal a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*